IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-163-D

PATRICK SOLOMON, )
)
Plaintiff, )
)
v. ) **ORDER**
)
RALEIGH POLICE DEPARTMENT, )
)
Defendants. )

On November 4, 2016, Magistrate Judge Numbers issued a Memorandum and Recommendation ("M&R")and recommended that plaintiff's application to proceed in forma pauperis be granted and that the complaint be dismissed as frivolous [D.E. 6]. No objections were filed.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (emphasis, alteration, and quotation omitted); see 28 U.S.C. § 636(b). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond, 416 F.3d at 315 (quotation omitted).

The court has reviewed the M&R and the record. The court is satisfied that there is no clear error on the face of the record and adopts the conclusions in the M&R.

In sum, plaintiff's applications to proceed in forma pauperis [D.E. 1, 5] are GRANTED. The court ADOPTS the conclusions in the M&R [D.E. 6] and DISMISSES plaintiff's complaint as frivolous. The clerk shall close the case.

SO ORDERED. This _28_ day of December 2016.

JAMES C. DEVER III
Chief United States District Judge