UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PATRICK SOLOMON,                    )
         Plaintiff,           )
                                   )          **JUDGMENT IN A CIVIL CASE**
V.                                  )          **CASE NO. 5:16-cv-163-D**
                                   )
RALEIGH POLICE DEPARTMENT,          )
         Defendant.          )

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's applications to proceed in forma pauperis [D.E. 1**,** 5] are GRANTED. The court ADOPTS the conclusions in the M&R [D.E. 6] and DISMISSES plaintiffs complaint as frivolous.

**This Judgment Filed and Entered on December 28, 2016, and Copies To:**

Patrick Solomon                          (Sent to 3984 Neeley St. Raleigh, NC 27606
                                                                    via US Mail)

DATE:                                    JULIE RICHARDS JOHNSTON, CLERK
December 28, 2016                        (By)  /s/ Nicole Briggeman
                                                          Deputy Clerk